# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GLOBAL REAL ESTATE
INVESTMENTS and CITIES
MORTGAGE, INC.,

          Plaintiffs,

      vs.

ANOTEROS, INC. (f/k/a ALLOW
CARD OF AMERICA, INC.) and
MICHAEL LERMA, CEO and
President of Anoteros, Inc.,

          Defendants.

_____

Case No.: CV 13-1943 DSF (VBKx)

JUDGMENT

     The Clerk having entered default against Defendant Anoteros, Inc., and the Court having granted Plaintiffs' motion for default judgment in favor of Plaintiffs and against Anoteros, Inc.,

IT IS ORDERED AND ADJUDGED that judgment be awarded against Anoteros, Inc. and in favor of Plaintiff Cities Mortgage, Inc. for $108,788, and that Plaintiff recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: July 15, 2014

                        *Dale S. Fischer*

               _____
                      Dale S. Fischer
                 United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28